AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Farid Virani,<br><br>*Plaintiff(s)*<br>v.<br>MS. Convenience, Inc.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:14-cv-01926-BMC<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MS. Convenience, Inc.,
C/O NYS Secretary of State
41 State Street
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **03/26/2014**

*DOUGLAS C. PALMER*
*CLERK OF COURT*

*August Marziliano*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:14-CV-01926-B

Purchased/Filed:

UNITED STATES COURT EASTERN DISTRICT OF

FARID VIRANI

Plaintiff

against

MS. CONVENIENCE, INC.

Defendant

STATE OF NEW YORK
COUNTY OF ALBANY  SS.:

Heather Morigerato, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on March 27, 2014, at 11:45 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed SUMMONS INA CIVIL ACTION on MS. CONVENIENCE, INC., the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28  Approx. Wt: 200  Approx. Ht: 6'0"
Color of skin: White  Hair color: Brown  Sex: Male  Other:

Sworn to before me on this

27th day of March, 2014

DONNA M. TIDINGS
NOTARY PUBLIC State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

Heather Morigerato
Attny's File No.
Invoice•Work Order # SP1403661

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179