# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                                         Tel: 718-740-1000
Email: abdul@abdulhassan.com                                          Fax: 718-740-2000
*Employment and Labor Lawyer*                                Web: www.abdulhassan.com

**May 5, 2014**

**Via ECF**

Hon. Brian M. Cogan, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

>           **Re: <u>Farid Virani v. MS. Convenience Inc.</u>**
>                **Civil Action #: 14-CV-1926 (BMC)**
>                **Notice of Settlement and Request for Adjournment**

Dear Judge Cogan:

My firm represents plaintiff in the above-referenced action and I respectfully write with consent of defendant to notify the Court that the parties have reached a settlement of this action. We are in the process of exchanging settlement papers and intend to file a stipulation of dismissal shortly. As such, an adjournment sine die of the upcoming initial conference is kindly requested.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC


   /s/ Abdul Hassan
**Abdul Hassan, Esq. (AH6510)**
*Counsel for Plaintiff*


**cc:      Defense Counsel via ECF**

1