UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Farid Virani<br><br>           Plaintiff,<br><br>  -v-<br><br>MS. Convenience, Inc.<br><br>           Defendant. | Civ. Action #: 14-cv-01926 (BMC)<br><br>STIPULATION OF DISCONTINUANCEWITH <u>PREJUDICE</u> |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
      Dated: May _9_, 2014

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: _____
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

The Volakos Law Firm, P.C.
Attorneys for Defendant

By: _____
Konstantinos Volakos, Esq.
120 Bay Ridge Avenue
Brooklyn, NY 11220
Tel: 718-836-4800
Fax: 646-304-2854

So Ordered: _____, U.S.D.J.